FILED

09/22/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0429



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0429

LYNN STUTZMAN,

      Plaintiff and Appellee,

v.

B and H INVESTMENT PROPERTIES,
LLC, a Montana limited liability company,     ORDER OF MEDIATOR APPOINTMENT
HOWARD BUTLER, MONA BUTLER

      Defendants,

and DAVID HEINLE, individually,

      Defendant and Appellant

      This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

      IT IS ORDERED THAT **Jacquelyn Marjorie Hughes,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

      IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

      A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

      DATED this September 22, 2021.

Bowen Greenwood, Clerk of the Supreme Court

c:      Adrienne Martha Tranel, Trent N. Baker, Alanah Noel Griffith, Patrick Joseph Tillisch, Jacquelyn Marjorie Hughes